AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Nelson Vladimir Guevara-Melendez

IAE    YOB:    1990
El Salvador
(Name and Address of Defendant)

United States District Court
Southern District Of Texas
FILED
DEC 19 2019
David J. Bradley, Clerk

**CRIMINAL COMPLAINT**

Case Number: M-19-3109-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **December 18, 2019** in **Starr** County, in the **Southern** District of **Texas**
(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to El Salvador in pursuance of law, and thereafter was found near Roma, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)
I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Nelson Vladimir Guevara-Melendez was encountered by Border Patrol Agents near Roma, Texas on December 18, 2019. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on December 18, 2019, near Roma, Texas. Record checks revealed the defendant was formally deported/excluded from the United States on August 30, 2019 through Houston, Texas. Prior to deportation/exclusion the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On April 25, 2019 the defendant was convicted of 8 USC 1326 Being found in the U.S. after previous deportation and sentenced to eight (8) months confinement.

Continued on the attached sheet and made a part of this complaint:    ☐ Yes    ☒ No

Complaint authorized by AUSA *Scott Greenbaum 12/19/19 @ 4:00pm*

Sworn to before me and subscribed in my presence,

Signature of Complainant
**Jon Chan**
Printed Name of Complainant

December 19, 2019
Date

**J Scott Hacker**, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer